UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              CASE NO. 13 B 01321
                                    CHAPTER 13
PAULETTE M DAY
KEITH D DAY                         JUDGE JACQUELINE P COX

    DEBTORS                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  GREEN TREE SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 6 | 0776 ARRS 14 CENTER RD | $31,111.25 | $31,111.25 | $31,111.25 |
| Total Amount Paid by Trustee | | | | | $31,111.25 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-01321-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 4th day of September, 2015.

Debtor:
PAULETTE M DAY
KEITH D DAY
2050 220TH AVE CTY RD #3
MAHNOMEN, MN  56557

Attorney:
DAVID FREYDIN
8707 SKOKIE BLVD #305
SKOKIE, IL  60077
via Clerk's ECF noticing procedures

Creditor:
GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL  60055-0049

Mortgage Creditor:
BANK OF NEW YORK
% CODILIS & ASSOCIATES
15W030 N FRONTAGE ROAD
BURR RIDGE, IL  60527

Mortgage Creditor:
BANK OF NEW YORK
% CODILIS & ASSOCIATES
15W030 N FRONTAGE ROAD
BURR RIDGE, IL  60527

Mortgage Creditor:
THE BANK OF NEW YORK MELLON
% BANK OF AMERICA NA
400 NATIONAL WAY MS CA6-919-01
SIMI VALLEY, CA  93065

Creditor:
GREEN TREE SERVICING LLC
PO BOX 6154
RAPID CITY, SD  57709-6154

ELECTRONIC SERVICE - United States Trustee

Date:  September 04, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603